UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNBELT RENTALS, INC.,

    Plaintiff,

v.                                                   CASE NO.: 5:22-cv-367

SB STRUCTURE BUILDERS, LLC, a Texas
limited liability company, and TIMOTHY
FORAN, an Individual,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, Timothy Foran, through his counsel, hereby gives notice to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, of the removal to this Court of this cause originally filed and now pending in the Circuit Court of the Fifth Judicial Circuit of the State of Florida, Lake County. In support of its Notice, Mr. Foran states:

1. Plaintiff, Sunbelt Rentals, Inc. filed the above-styled action in the Circuit Court of the Fifth Judicial Circuit of the State of Florida, Lake County on or about July 20, 022 (Case No. 2022CA1312). Mr. Foran was served with process on August 5, 2022. This removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

2. This litigation involves Sunbelt's claim against Mr. Foran for breach of guaranty contract.

3. The parties to this action are Sunbelt Rentals, Inc., SB Structure Builders, LLC ("SB"), and Mr. Foran.

4. This action is properly removed pursuant to 28 U.S.C. § 1441 based on diversity jurisdiction, 28 U.S.C. § 1332, because Sunbelt and Mr. Foran are citizens of different states.

5. 28 U.S.C. § 1332(a) provides that District Courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (applicable in this case) citizens of different states. Both the jurisdictional threshold and diverse citizenship of the parties exist in this case.

6. First, Sunbelt's claims (seeking $147,014.06) exceed the sum or value of $75,000, exclusive of interest and costs. *See, e.g.,* Compl. ¶¶ 31-33 and pg. 12. Pursuant to 28 U.S.C. § 1446(c)(2), in the context of removal based on diversity of citizenship, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." Accordingly, the amount in controversy in this action, based on Sunbelt's Complaint, exceeds the jurisdictional threshold of this Court.

7. Second, the controversy in this suit is between citizens of different states, and there is complete diversity of citizenship between Sunbelt and Defendants, including Mr. Foran, as required for removal at the time the action was filed, as of the date of removal, and during all times material thereto. *See Sullivan v. Mochen*, 646 F. Supp. 216, 218 (S.D. Fla. 1986) ("When diversity of citizenship is the basis of Federal jurisdiction, it must be found to exist both at the time the Complaint was filed and at the time the Petition for Removal was filed.").

8. When Sunbelt filed this action, it was (and still is) a North Carolina corporation. See North Carolina Department of The Secretary of State Certificate of Existence, attached hereto as **Exhibit "4."** According to Sunbelt's 2022 Business Corporation Annual Report attached hereto as **Exhibit "5"**, Sunbelt also maintains its principal place of business in Fort Mill, SC.

Accordingly, and pursuant to 28 U.S.C. § 1332(c)(1), Sunbelt is a citizen of both North Carolina and South Carolina. *See, e.g., Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010).

9. Mr. Foran, on the other hand, resides in Kendall County, Texas. Compl. ¶ 14. SB is also Texas limited liability company with a principal place of business in Spicewood, Burnet County, Texas. Compl. ¶ 3.

10. Copies of all process, pleadings, and orders filed in the state court action are attached hereto as **Exhibit "1"** (Complaint), **Exhibit "2"** (Docket Sheet), and **Composite Exhibit "3"** (all remaining documents).

11. Mr. Foran is giving written notice of filing this Notice as required by 28 U.S.C. § 1446(d) to counsel for Sunbelt.

12. A copy of this Notice will be filed with the Lake County Clerk of Court, as required by 28 U.S.C. § 1446(d).

13. This litigation is being removed to the Ocala Division because the alleged actions took place in and/or accrued in Lake County, Florida, which is within the Ocala Division of this Court. Compl. ¶ 4.

WHEREFORE, Defendant, Timothy Foran, respectfully requests that Case No. 2022CA1312, now pending in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, be removed to the United States District Court for the Middle District of Florida, Ocala Division, pursuant to the authority of 28 U.S.C. §§ 1332, 1441 and 1446, and Local Rule 1.06.

Dated this 19th day of August 2022.

                        Respectfully submitted,

        PASKERT DIVERS THOMPSON

*/s/ Robert C. Graham, Jr.*
TY G. THOMPSON, ESQ.
Florida Bar No. 0585041
Email:  tthompson@pdtlegal.com
Secondary:  Llevy@pdtlegal.com
ROBERT C. GRAHAM, JR., ESQ.
Florida Bar No. 105951
Email:  rgraham@pdtlegal.com
Secondary:  Lpeterson@pdtlegal.com
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
*Attorneys for Timothy Foran*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic notice to all counsel of record below:

Matthew A Ceriale, Esq.
mceriale@shumaker.com
dmccabe@shumaker.com
Michele Leo Hintson, Esq.
mhintson@shumaker.com
kgrotz@shumaker.com
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
*Counsel for Plaintiff, Sunbelt Rentals, Inc.*

        /s/ *Robert C. Graham, Jr.*
        Attorney